UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:

CLAUDIO CASTILLO,

    Plaintiff,
vs.

CITY OF MIAMI BEACH, a municipal
Corporation, and ADAYMIS ORTIZ,
individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant, OFFICER ADAYMIS ORTIZ ("Defendant Officer"), pursuant to 28 U.S.C. § 1441 and § 1446, files this Notice of Removal of the above captioned matter <u>Claudio Castillo v. City of Miami Beach and Adaymis Ortiz</u>, presently pending in the <u>Circuit Court of Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case Number: 18-008226 CA 01</u>, and states as follows:

1. On or about March 15, 2018, Plaintiff filed a Complaint in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida.

2. Plaintiff's Complaint alleges violations of federal law, as well as related State tort claims, all of which allegedly occurred within the Southern District of Florida.

3. The above-described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 (Federal Question), and is one which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441 (a)-(c).

4. On July 21, 2018, the Defendant Officer was served with the Complaint in this lawsuit.

5. Pursuant to 28 U.S.C. § 1446 (b), this Notice is being filed with this Court within thirty (30) days after the Defendant Officer's receipt of the Complaint setting forth the federal claims for relief upon which this action is based.

6. In accordance with 28 U.S.C. § 1446 (d), written Notice of the Filing of this Notice of Removal will be given to the adverse party, and a copy of this notice will be filed with the Clerk of the Circuit Court (a copy of which is attached hereto as Exhibit "A").

7. In accordance with 28 U.S.C. § 1446 (a), a copy of the process, pleadings and orders served upon the Defendant Officer is attached hereto as Exhibit "B".

8. A copy of the Notice of Consent to Removal on behalf of co-Defendant, City of Miami Beach, is attached hereto as Exhibit "C".

Dated this 9th day of August, 2018.

Respectfully Submitted,

s/Robert L. Switkes
Robert L. Switkes, Esq.
Florida Bar No. 241059
s/Bradley F. Zappala
Bradley F. Zappala, Esq.
Florida Bar No. 111829
**ROBERT L. SWITKES & ASSOCIATES, P.A.**
407 Lincoln Road, Penthouse SE
Miami, Beach, Florida 33139
Telephone: (305) 534-4757
Facsimile: (305) 538-5504
*Attorneys for Defendant Officer*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of August, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Robert L. Switkes
                                                Robert L. Switkes, Esq.

**SERVICE LIST**
*Claudio Castillo vs. City of Miami Beach, et al.*
**United States District Court, Southern District of Florida**
**Case No:**

Christopher M. Brown, Esq.
Law Offices of Brown & Brown, P.A.
12 SE 7th Street, Suite 700
Ft. Lauderdale, FL 33301
Phone: 305-740-5347
Fax: 305-740-5348
E-Mail: law_brown@msn.com
*Attorney for Plaintiff, Claudio Castillo*

Emomotimi S. Brisibe, Esq.
1700 Convention Center Drive
4th Floor, Legal Department
Miami Beach, Florida 33139
Phone: 305-673-7470
Fax: 305-673-7002
E-Mail: ebrisibe@miamibeachfl.gov
*Attorney for Defendant, City of Miami Beach*